UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROMAN JAMES ALLAH, | CASE NO. 2:25-cv-00976-JNW |
| Plaintiff, | ORDER |
| v. | |
| STEPHAN LAMBERT, et al., | |
| Defendants. | |

Plaintiff Roman James Allah's motion for service by the U.S. Marshals and motion for extension of time come before the Court. Dkt. Nos. 11; 12. As Allah is proceeding in forma pauperis, he is entitled to service by the U.S. Marshals or by a person specially appointed by the Court under Federal Rule of Civil Procedure 4(c)(3). Accordingly, the Court GRANTS the motion at Dkt. 11, as specified below. Additionally, the Court GRANTS the motion for extension of time, Dkt. No. 12, finding good cause to EXTEND the parties' initial discovery deadlines, at Dkt. No. 10, to NINETY (90) DAYS from the date of this Order. Furthermore, the Court finds good cause to EXTEND the service deadline to Monday, January 26, 2026.

ORDER - 1

However, before service can be made, Allah must confirm the accuracy of the addresses provided. His motion suggests that the addresses provided may be incorrect, and it is his responsibility to ensure that they are accurate. Accordingly, the Court ORDERS Allah to file a notice with the Court, confirming Defendants' addresses by December 5, 2025. Allah is DIRECTED to review the publicly available resources for serving the City of Seattle, including the information at https://www.seattle.gov/mayor/service-of-legal-documents.

Additionally, once the Court receives Allah's response, rather than ask the U.S. Marshals to serve Defendants immediately, the Court will first attempt service through the more efficient waiver process under Rule 4(d). If Defendants fail to waive service, the Court will then direct U.S. Marshal service as originally requested.

Dated this 26th day of November, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2