UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROMAN JAMES ALLAH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEPHAN LAMBERT, et al.,<br><br>　　　　Defendant. | CASE NO. 2:25-cv-00976-JNW<br><br>ORDER |

　　　Plaintiff Allah is a pro se litigant pursuing this civil rights action in forma pauperis. He moves for the Court to appoint counsel, Dkt. No. 13, but the Court denies the motion with leave to renew for the reasons below.

　　　The decision to request pro bono counsel rests within "the sound discretion of the trial court and is granted only in exceptional circumstances." *Agyeman v. Corr.or Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004) (internal quotation omitted). To decide whether exceptional circumstances exist, the Court must evaluate both "the likelihood of success on the merits [and] the ability of the [plaintiff] to articulate [their] claims pro se in light of the complexity of the legal issues involved." *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986)

**ORDER** - 1

(quoting *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983)). The factors must be viewed together before deciding whether to appoint counsel, but neither factor is dispositive. *Id.* at 1331.

Litigants in this district must also submit a declaration stating their efforts to obtain counsel by means other than appointment, including having connected with at least two other attorneys without securing representation. *See* General Order 07-23, § 3(b).

Neither Allah's motion nor his supporting declaration state whether he has met with or attempted to connect with at least two attorneys. Accordingly, the Court DENIES the motion with leave to renew. Dkt. No. 13.

IT IS SO ORDERED.

Dated this 26th day of November, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2